# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

Bridget M. McCormack,
Chief Justice

159895

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 159895
COA: 348784
Kent CC: 18-001842-FC

LOVILY KRISTINE-ANWONETTE JOHNSON,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the June 14, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2019



Clerk

t1204